# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Black Island Resources, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Newfield Production Company, | ) | Case No. 1:19-cv-035 |
| | ) | |
| Defendant. | ) | |

On November 1, 2019, the parties filed a Stipulation to Extend Deadlines. The court **ADOPTS** the parties' stipulation (Doc. No. 22) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until December 20, 2019, to file dispositive motions. Responses and replies to dispositive motions are due by Jan 10 and 24, 220, respectively.

2. Plaintiff shall have until January 11, 2020, to disclose testifying expert witnesses and reports.

3. Defendant shall have until February 10, 2020, to disclose testifying expert witnesses and reports.

4. The parties shall complete discovery deposition of expert witnesses by March 3, 2020.

On its own motion, the court shall continue the final pretrial conference and trial. The final pretrial conference set for April 6, 2020, shall be rescheduled for September 8, 2020, at 10:00 a.m by telephone. To participate in the conference, the parties shall call Tel. No. (877) 810-9415 and enter Access Code 8992581. The jury trial scheduled for April 20, 2020, shall be rescheduled for

September 21, 2020, at 9:00 a.m. before Chief Judge Hovland.  A three (3) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 5th day of November, 2019.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court